IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CAROL HALE,                          )
                                     )
            Plaintiff,               )
                                     )
      v.                             )          Civil Action No. 05-1265-MLB
                                     )
JO ANNE B. BARNHART,                 )
COMMISSIONER OF                      )
SOCIAL SECURITY,                     )
                                     )
            Defendant.               )

**ORDER ON MOTION TO REMAND**

Now on this 9th day of December, 2005, Defendant's Motion to Remand Pursuant to Sentence Six and Plaintiff's Response come before the court. Defendant appears by its attorney Emily B. Metzger, Assistant U.S. Attorney; plaintiff appears by her attorney, John L. Brennan. There are no other appearances.

After review of the file, Defendant's Motion to Remand, Memorandum in Support and Plaintiff's Response therein, the court finds that the case should be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS THEREFORE ORDERED that upon receipt of this Order, the Appeals Council shall remand this case to an administrative law judge (ALJ). The ALJ will obtain additional vocational expert testimony to determine whether Plaintiff can, in fact, perform past relevant work, given the specific requirements of the position and Plaintiff's limitations in work environments requiring close attention to detail.

IT IS FURTHER ORDER that the original decision of the ALJ is reversed and the case is remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). The Court retains

jurisdiction of the case and will not enter a final judgment until after post remand proceedings are completed and the Commissioner has filed with the Court any such additional findings of fact and decision.

IT IS FURTHER ORDERED that THE 30-day period during which a timely application for attorney fees may be made under the Equal Access to Justice Act (EAJA) will not begin until after remand proceedings are completed, the Commissioner returns to Court, and the Court has entered a final judgment.

IT IS SO ORDERED.

s/Monti Belot

MONTI L. BELOT
U.S. DISTRICT COURT JUDGE

s/Emily B. Metzger
EMILY B. METZGER, #10750
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202
(316) 269-6481
(316) 269-6484 (FAX)
emily.metzger@usdoj.gov

OF COUNSEL
Frank V. Smith III
Chief Counsel, Region VII
Social Security Administration

Mark Naggi,  Mo. Bar No. 43736
Assistant Regional Counsel

IN THE UNITED STATES DISTRICT COURT

```
FOR THE DISTRICT OF KANSAS
HALE V. SSA
CIVIL ACTION NO. 05-1265-MLB
ORDER ON MOTION TO REMAND
```

**s/John L. Brennan**
JOHN L. BRENNAN, #12921
2024 N. Woodlawn, Suite 405
Wichita, KS 67208
(316) 682-8500
(316) 682-6222 (FAX)